## Commonwealth *v.* Shultz, Appellant.

Submitted December 4, 1972. *Theodore S. Danforth,* Assistant Public Defender, for appellant; *D. Richard Eckman,* First Assistant District Attorney, and *Henry J. Rutherford,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.